**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MCKENNA et al., | NO. CV 08-02966 SJO (JTLx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WENDI FRIESEN, | |
| Defendant. | |

This matter came before the Court on Plaintiffs Paul McKenna and McKenna Holdings, LLC's (Collectively "Plaintiffs") Application for Default Judgment by Court Against Defendant Wendi Friesen. After full consideration of the evidence and documents submitted, the Court granted Plaintiffs' Application.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiffs on their cybersquatting claim.
2. That Plaintiffs are awarded statutory damages in the amount of $10,000.
3. That Plaintiffs are awarded costs and attorneys' fees in the amount of $16,937.03.
4. That Friesen is permanently enjoined from registering or owning any domain names containing Plaintiffs' mark "I Can Make You."

5. That Friesen is ordered to transfer her ownership of the Infringing Domain Names to Plaintiffs.

IT IS SO ADJUDGED.

Dated this 24th Day of November, 2008

/S/ S. James Otero

---
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE